

FILED
DISTRICT COURT OF GUAM
SEP 14 2023
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ-23-00082
137 Manha St., Agat, Guam, its curtilage, and containers )
and vehicles located within the property (See Attachment )
A) )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

137 Manha St., Agat, Guam, its curtilage, and containers and vehicles located within the property. Property is further described in Attachment A.

located in the _____ District of _____Guam_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 661 | Theft within the Special Maritime and Territorial Jurisdiction of the United States |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

JoVaughn Chargualaf, Special Agent, NCIS
Printed name and title
BP

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

Date: 9/14/23

_____
Judge's signature

City and state: Hagatna, Guam          MICHAEL J. BORDALLO, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, JoVaughn Chargualaf, being duly sworn, depose and state that the following is true to the best of my information, knowledge, and belief:

## A. Introduction and Agent Background

1. I, JoVaughn Chargualaf, am a Special Agent with the Naval Criminal Investigative Service (NCIS) currently assigned to Resident Agency Marianas (Naval Base Guam). I have been employed by NCIS since August 2022, during which time I have been trained in investigating violations of Federal law and the Uniform Code of Military Justice (UCMJ). I am a graduate of the NCIS Special Agent Basic Training Integrated program held at the Federal Law Enforcement Training Center. Prior to becoming an NCIS Special Agent, I was a Customs and Border Protection Officer (CBP) in Guam, having been employed for 2.5 years. I was also employed as a Police Officer in Guam for 5 years prior to CBP. During my tenure, I investigated, was involved in, and/or assisted in over 300 cases, including numerous matters involving homicide, robbery, burglary, theft, assault, domestic violence and stalking.

2. I have received extensive training in identifying and investigating multiple crimes, to include interviewing victims, witnesses, and suspects. I have also been involved in and conducted numerous searches and arrests relative to investigations involving theft.

## B. Purpose of Affidavit

3. Based on my training and experience and the criminal investigation outline below, I submit there is probable cause supporting the issuance of a search warrant for 137 MANHA ST., AGAT, GUAM, to search for and seize power tools, manual tools, and other equipment belonging to and stolen from contractors operating out of Sasa Valley Fuel Farm located in Piti, Guam, as well as for an Apple AirTag device (owned by NCIS) used to track the stolen property and instrumentalities used to facilitate the theft of property from Sasa Valley Fuel Farm.

1

4. I believe the evidence to be seized represents evidence of violation of 18 U.S.C. § 661, Theft within the Special Maritime and Territorial Jurisdiction of the United States which prohibits a person from taking and carrying away, with intent to steal or purloin, any personal property of another within the special maritime and territorial jurisdiction of the United States.

5. The Sasa Valley Fuel Farm is a critical defense infrastructure portion of Naval Base Guam located along Route 1 in Piti, Guam. Because the Fuel Farm is U.S. Naval property and a part of Naval Base Guam it is within the special maritime and territorial jurisdiction of the United States. 18 U.S.C. § 7.

C. **Facts Establishing Probable Cause**

The facts in support of a finding of probably cause for issuance of a search and seizure warrant are as follows:

6. I believe there is sufficient probable cause to search the above-mentioned property. I will illustrate probable cause by citing the facts and circumstances of this investigation in the paragraphs that follow. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 661 are located in the place(s) described in Attachment A. The information contained within the affidavit is based on my training and experience, my participation in the investigation, as well as information imparted to me by other law enforcement officers involved in this investigation.

7. On 05 September 2023, Investigator (Inv.) Shelby Foster, Naval Base Guam Criminal Investigation Division, Special Agent (SA) Robert Frasco, NCIS, and your affiant responded to a report of theft of personal property at Tank U-12 at the Sasa Valley Fuel Farm, a critical defense

2

infrastructure portion of Naval Base Guam located along Route 1 in Piti, Guam. Upon arrival, investigators met with representatives of Dawson Incorporated, a Federal government contractor working on the site. Representatives of Dawson advised that upon arriving, they observed their office had been burglarized, with padlocks affixed to the exterior missing. The burglary was believed to have happened sometime between the afternoon of 31 August 2023 and the morning of 05 September 2023. Investigators processed the scene and observed evidence of damage to the door's locking mechanism in the storage portion of the office and a hole apparently created by brute force, leading from the storage portion to the main office. A generator, a meter device used to monitor confined spaces, and numerous tools were stolen.

8. On 05 September 2023, Inv. Foster informed me of another larceny reported the day prior, 04 September 2023, by Johnny Morris, Job Superintendent, S&B Infrastructure (S&B), another Sasa Valley Fuel Farm contractor. I then reviewed Naval Base Guam Security Forces report 234618700250 pertaining to Morris' reported larceny. According to the report, the S&B office, located within the Sasa Valley Fuel Farm, was burglarized, and multiple Milwaukee brand tools and equipment, amongst other tools and equipment, were stolen. The stolen items were valued at approximately $7,000.

9. On 11 September 2023, I was notified of another larceny affecting S&B. Sometime in the preceding days and discovered on 11 September 2023, unidentified actors had used metal poles to move a Jersey barrier blocking a shipping container, which housed numerous pieces of S&B property, including welding equipment. The actors had also cut and removed a lock securing the doors of the container. Additionally, two large tool containers at other nearby sites controlled by S&B had been broken into, with various tools again stolen.

10. Investigators conducted a scene documentation and identified numerous items in or along the tree line, approximately 50-100 yards from the S&B shipping container, including a

3

vacuum pump, emergency respirator, and retractable device, all of which Morris confirmed were S&B property. Additional items, including a Napa battery belonging to S&B, were found in a nearby clearing within the jungle, accessed by an informal trail leading immediately from the other found items. Morris then directed investigators to a separate trail, located up the road (still within the Sasa Valley Fuel Farm), which he believed to be the access point for the unknown actors. Investigators proceeded along the trail, finding deep footprints in the mud, which led to a trail marked by flattened sword grass. Along this trail, Investigators identified two storage containers containing various construction tools and related items, which Morris believed either were S&B property or property of other contractors. Further along the trail, Morris and investigators identified a dark-green colored backpack lying in a small clearing within the tree line, directly along the trail. The backpack was found next to an orange Home Depot bucket, containing various manual tools. A cursory search of the backpack revealed a Ryobi 7.5 Amp 4.5 in. Corded Angle Grinder and green harness, both of which Morris confirmed belonged to S&B. Approximately 15 yards further down the trail, investigators located a larger clearing within the tree line, which appeared to be used as a cache for the stolen items. In this clearing, investigators located a tripod, two LN25 Pro-Extreme Wire Feeder devices, which Morris confirmed were taken from the S&B container. Additional stashes of apparent equipment and gear, including respirators, tools, and flashlights, were partially covered by vegetation in an apparent attempt to conceal or protect them.

11. In an effort to identify the unknown subject or subjects responsible for the thefts, and with Morris' consent, NCIS agents covertly affixed three Apple AirTags to items located along this trail, namely inside one of the LN25 Pro-Extreme Wire Feeder devices; inside the harness (itself contained inside the backpack); and in a black Husky case. Agents also set up game cameras along the trail. The AirTags were linked to your affiant's iPhone to enable live tracking of the devices.

12. Based on information from Apple, Inc., the AirTag sends out a secure Bluetooth signal that can be detected by nearby devices in the Find My network. These devices send the location of a given AirTag to iCloud (Apple's cloud storage network). A user can then access the Find My application on their device and see the AirTag on a map. As long as an Apple device is within close range (which based on my own testing and reviews by third-party technical websites is approximately 30 feet) of an appropriate Apple device, it will continue to send updated locations.

13. At 0600 hours on 12 September 2023, I observed the AirTag affixed to the backpack was located along Route 2, near Bishop Oliaz Park in Agat. At approximately 0710 hours, I conducted a drive-by of that location but did not observe the backpack or associated gear. At approximately 0822 hours, I received a notification that the AirTag was now located at or adjacent to a residence identified as 137 Manha Street (also rendered as Manna St. or Monna St) in Agat, Guam. At approximately 1300 hours, SA Frasco and I conducted a drive-by of the residence 137 Manha Street and identified it as a single-story orange structure. Agents could not locate any numbering on the structure, but government records later confirmed that the identified residence is 137 Manha Street, Agat, Guam. The front and side yard of the structure resembled a junk yard, with two derelict vehicles, numerous barrels, discarded equipment, and construction debris comingled.

14. On 12 September 2023, I contacted Police Officer III (POIII) Jed Santo-Tomas, a senior detective in the Property Crimes section of the Guam Police Department (GPD) Criminal Investigation Division. POIII Santo-Tomas identified the property in question as the known residence of Christopher Young, an individual known to GPD as being involved in larceny in the past. POIII Santo-Tomas provided multiple GPD reports confirming this.

15. On 12 September 2023, I returned to the clearings at the Sasa Valley Fuel Farm, where the backpack and the LN25 Pro-Extreme Wire Feeder devices had been observed. Both of these

items, as well as many other items of stolen property previously observed at the sites were no longer present. Additionally, one of the game cameras set up by NCIS had been taken. Notably, the AirTag clandestinely affixed to a compartment within one LN25 Pro-Extreme Wire Feeder device had been removed and was located on the ground. At the site, I observed a sled and trail marks adjacent to where various stolen items were previously located. Based on the location of the sled and various markings in the area, I believe the sled was used to transport items along the rough terrain.

16. At 2120 hours on 12 September 2023 and at 0727 hours on 13 September 2023, the AirTag again was pinged at "137 Manha St.".

17. On 13 September 2023, I met with POIII Santo-Tomas who provided Government of Guam Department of Land Management documents. These documents included a Warranty Deed stating "Christopher D. Young and Amanda W. Young, husband and wife, whose mailing address is P.O. Box 7023, Agat Guam 96928" as grantees of "LOT NO. 10, BLOCK NO. B1." Also provided was a Survey Map of Manha St., which Lot 10 matches the placement of the residence identified by agents as 137 Manha St.

18. On 13 September 2023, at 1515 hours, I drove by the residence and the AirTag again was pinged at "137 Manha St." I also observed a Hyundai Tucson parked in the driveway bearing Guam License Plate #ME4553. A plate verification revealed the vehicle registered to an Amanda W.S. Young with the address P.O. Box 7023 Agat, Guam 96928 listed.

D. **Conclusion**

19. Based on the investigation described above, probable cause exists to believe that evidence, including property stolen from the Sasa Valley Fuel Farm, an Apple Airtag belonging to NICS, and instrumentalities used to burglarize offices and containers at the Fuel Farm (detailed in Attachment B), will be found at 137 MANHA ST, AGAT, GUAM, its curtilage, or containers

or vehicles located on the property (further described in Attachment A).

20. I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the locations and items described in Attachment A for the items listed in Attachment B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

_____
JoVaughn Chargualaf, Special Agent
Naval Criminal Investigative Service

7

Case 1:23-mj-00082   Document 1-1   Filed 09/14/23   Page 8 of 10

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

1. This warrant authorizes the search of the following location in order to locate, search, and seize various property items stolen from the Sasa Valley Fuel Farm and instrumentalities used to burglarize offices and containers at the Fuel Farm:

    a. 137 Manha St., Agat, Guam, its curtilage, and containers and vehicles located within the property.

2. The property is an orange with white trim, single-story, concrete structure located at the end of Manha St., a circle cul-de-sac. The property resembles a junkyard, with numerous discarded equipment, furniture, and construction debris situated on the front lawn. In the front of the residence, by the roadway, is a large metal container with two derelict vehicles alongside, a white van and gold SUV. There is a concrete driveway, which leads to a white door, seemingly blocked by debris, and adjacent to the door are two double windows.



8

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

1. This warrant authorizes the search for, and seizure of evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 661, including:

    a. Known items stolen from Sasa Valley Fuel Farm, including, but not limited to:

        i. One Ryobi 7.5 Amp 4.5 in. Corded Angle Grinder, S/N: HR17423D008726.

        ii. A black, green, and tan camouflage backpack.

        iii. LN25 Pro-Extreme Wire Feeders, S/N: WA-170502587

        iv. LN25 Pro-Extreme Wire Feeders, Marked: "FC-04".

        v. An S&B green and black harness.

    b. One NCIS-owned Apple AirTag, previously concealed within an S&B green harness.

    c. One Naval Base Guam Criminal Investigation Division-owned Busnell Prime Combo Trail Camera, Model: 119932CB labeled "CID-002".

    d. Instrumentalities of burglary, such as bolt cutters, lock picks, or crow bars.